# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Timothy P. Kiser,

    Plaintiff,                                 JUDGMENT IN A CIVIL CASE

vs.                                               3:10-cv-495-RJC

Lyle J. Yurko,
Lyle J. Yurko Insurance Co., Inc., and
Frederick Winiker, III, Trustee,

    Defendants.

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 8, 2010 Order.

                                               Signed: October 8, 2010

                                               Frank G. Johns, Clerk
                                               United States District Court